**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7776**

DANNY RAY WATSON,

               Plaintiff - Appellant,

         v.

MEDICAL DEPARTMENT NURSE; MEDICAL DEPARTMENT NURSE,

               Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:07-cv-00973-TSE-BRP)

Submitted:  February 21, 2008       Decided:  March 10, 2008

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Danny Ray Watson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Ray Watson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Watson v. Medical Dep't Nurse</u>, No. 1:07-cv-00973-TSE-BRP (E.D. Va. Sept. 26, 2007). We also deny Watson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>